Christopher Alliotts, Esq. (CSB #161302)
Law Office of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA 93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@DebtFreeMonterey.com

Attorneys for the Debtor(s)

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 12-51769 CN
)
) Chapter 13
JUAN, NAVARRO )
)
    Debtor(s). ) [No Hearing Required]
)
)

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Juan Navarro (the "Debtor"), the debtor in the above-captioned Chapter 13 case, has changed his address. All notices and other papers should be served on the Debtor at the following address:

    921 Suiter Street
    Hollister, CA 95023

Dated: June 8, 2012    LAW OFFICES OF CHRISTOPHER ALLIOTTS, INC.

    /s/ Christopher Alliotts
    Christopher Alliotts
    Counsel for Debtor(s)

1